O

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. SA CR 16-0088 DOC |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) (Allegations of Violations of Probation/ Supervised Release Conditions of Release) |
| v. ) | |
| XELHA SHANI DRAKE ) | |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)   (✓)   the appearance of defendant as required; and/or

(B)   (✓)   the safety of any person or the community.

//

//

The court concludes:

A.    ( )    Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _Defendant submits to detention w/o prejudice._

(B)   (✓)    Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _See above._

IT IS ORDERED that defendant be detained.

DATED: September 14, 2016

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE